# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SUNARTO, HANNY | § | Case No. 10-57253 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF COURT
     219 S. DEARBORN STREET
     CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/24/2012 in Courtroom 4016,
     DuPage Judicial Center
     505 N. County Farm Road
     Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/16/2012      By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
SUNARTO, HANNY § Case No. 10-57253
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,319.74 |
| and approved disbursements of | $ 25.86 |
| leaving a balance on hand of[1] | $ 10,293.88 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,781.97 | $ 0.00 | $ 1,781.97 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,781.97 |
| Remaining Balance | | | $ 8,511.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 424,597.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA N.A. | $ 13,168.07 | $ 0.00 | $ 263.98 |
| 2 | Citibank NA | $ 2,179.49 | $ 0.00 | $ 43.69 |
| 3 | US Bank NA | $ 409,250.08 | $ 0.00 | $ 8,204.07 |

Total to be paid to timely general unsecured creditors    $    8,511.74

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-57253-DRC
Hanny Sunarto                                                             Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: mrahmoun    Page 1 of 2    Date Rcvd: Mar 15, 2012
                Form ID: pdf006    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2012.
```
db          +Hanny Sunarto,    129 N. Manchester Lane,    Bloomingdale, IL 60108-2507
16606005    +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
16606004    +Bank of America,    100 North Tryon Street,    Charlotte, NC 28255-0001
16606006    +Capital One, N.a.,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4704
16606007    +Carl Miler,    10536 S. Vincennes,    Chicago, IL 60643-2944
16606008     Chase,    PO Box 15153,    Wilmington, DE 19886-5153
17355436     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16606009    +Chase Manhattan Mortga,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
16606010    +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
17560703    +Citibank, N.A.,    DBA,    4740 121st St,    Urbandale, IA 50323-2402
16606012    +Countrywide Home Lending,    Attention: Bankruptcy SV-314B,    Po Box 5170,
              Simi Valley, CA 93062-5170
16606015    +OneWest Bank,    C/O Pierce & Associates,    1 N. Dearborn,    Chicago, IL 60602-4331
16606016    +Patricia Vance,    10123 S. Bensley,    Chicago, IL 60617-5350
16606017    +U.S Bank National Association,    C/O Chuhak & Tecson,    30 S. Wacker, Suite 2600,
              Chicago, IL 60606-7512
16606018    +US Bank National Association,    C/O Chuhak & Tecson,    30 S. Wacker Dr., Suite 2600,
              Chicago, IL 60606-7512
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16606011    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 16 2012 03:07:12     Collection,
              Attn: Bankrutpcy Department,    Po Box 10587,    Greenville, SC 29603-0587
16606014    +E-mail/Text: bankrup@nicor.com Mar 16 2012 03:07:28     Nicor Gas,
              Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
                                                                                             TOTAL: 2
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16606019      Wong
16606013    ##+Indymac Bank,    7700 W Parmer Ln,    Bldg D 2nd Floor,    Austin, TX 78729-8103
                                                                           TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mrahmoun             Page 2 of 2            Date Rcvd: Mar 15, 2012
                              Form ID: pdf006            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2012 at the address(es) listed below:

      Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
      Dana N O'Brien    on behalf of Creditor   Chase Home Finance LLC dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
      Francisco  Connell    on behalf of Creditor Kevin Purtill fconnell@chuhak.com, kgord@chuhak.com
      Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
      Richard E Sexner    on behalf of Debtor Hanny Sunarto rsbklaw@yahoo.com
      Steven C Lindberg    on behalf of Creditor   Chase Home Finance LLC bankruptcy@fallaw.com
      Todd J  Ruchman    on behalf of Creditor   Chase Home Finance LLC truchman@fisherandshapirolaw.com, BK_IL_Notice@fisherandshapirolaw.com
      Toni  Dillon    on behalf of Creditor   OneWest Bank, FSB tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                                                                                                                                          TOTAL: 8

Case 10-57253   Doc 42   Filed 03/15/12   Entered 03/17/12 23:35:25   Desc Imaged
Certificate of Notice   Page 6 of 6