UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
SUNARTO, HANNY § Case No. 10-57253
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:           Claims Discharged
                                            Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Alliant |  |  |  |  |  |
|  | Bank One/Chase |  |  |  |  |  |
|  | Bank of America |  |  |  |  |  |
|  | Chase Mortgage |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mortgage | | | | | |
| | Chase Mortgage | | | | | |
| | IndyMac Bank | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One | | | | | |
| | Carl Miller | | | | | |
| | Citi | | | | | |
| | Collection | | | | | |
| | Nicor | | | | | |
| | One West Bank | | | | | |
| | Patricia Vance | | | | | |
| 1 | CHASE BANK USA N.A. | | | | | |
| 3 | US BANK NA | | | | | |
| 2 | CITIBANK NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 10-57253 | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUNARTO, HANNY | | Date Filed (f) or Converted (c): | 12/29/10 (f) |
| | | | 341(a) Meeting Date: | 03/01/11 |
| For Period Ending: | 08/17/12 | | Claims Bar Date: | 08/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.88 | Unknown |
| 3. 129 N. Manchester Ln. Bloomingdale IL | 385,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 10536 S. vincennes, Chicgao IL | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 10220 S. Indiana, Chicago IL | 80,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 10223 S. Bensley, Chicago IL | 95,000.00 | 0.00 | DA | 0.00 | FA |
| 7. 1053 W/ 104th Place, Chicago IL | 65,000.00 | 0.00 | DA | 0.00 | FA |
| 8. CASH ON HAND | 40.00 | 0.00 | DA | 0.00 | FA |
| 9. Chase bank accounts | 920.00 | 0.00 | DA | 0.00 | FA |
| 10. HOUSEHOLD GOODS AND FURNISHINGS | 400.00 | 0.00 | DA | 0.00 | FA |
| 11. WEARING APPAREL AND JEWELRY | 700.00 | 0.00 | DA | 0.00 | FA |
| 12. PENSION PLANS AND PROFIT SHARING | Unknown | 0.00 | DA | 0.00 | FA |
| 13. STOCK AND BUSINESS INTERESTS | 2,153.00 | 0.00 | DA | 0.00 | FA |
| 14. TAX REFUNDS | 11,461.00 | 0.00 | | 10,319.00 | FA |
| 15. 2002 Lexus ES300 | 5,700.00 | 0.00 | DA | 0.00 | FA |
| 16. STOCK AND BUSINESS INTERESTS | 316.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $721,690.00     $0.00     $10,319.88     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR submitted to UST

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.06b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-57253    Judge: JOHN SQUIRES | Trustee Name:    BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | SUNARTO, HANNY | Date Filed (f) or Converted (c):    12/29/10 (f) |
| | | 341(a) Meeting Date:    03/01/11 |
| | | Claims Bar Date:    08/08/11 |

Initial Projected Date of Final Report (TFR): 12/31/11     Current Projected Date of Final Report (TFR): 12/31/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-57253 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SUNARTO, HANNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5880 Money Market - Interest Bearing |
| Taxpayer ID No: | *******9651 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/04/11 | | Hanny Sunarto 129 N. Manchester Lane Bloomingdale IL 60108 | 2010 tax refund | 10,319.00 | | | | | 10,319.00 |
| 05/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.07 | | | | 10,319.07 |
| 06/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,319.15 |
| 07/29/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,319.23 |
| 08/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,319.32 |
| 09/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,319.40 |
| 10/31/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,319.49 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -13.15 | | 10,306.34 |
| 11/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,306.42 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -12.71 | | 10,293.71 |
| 12/30/11 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,293.79 |
| 01/31/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.09 | | | | 10,293.88 |
| 02/29/12 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.08 | | | | 10,293.96 |
| 03/24/12 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.06 | | | | 10,294.02 |
| 03/24/12 | | Transfer to Acct #*******6287 | Final Posting Transfer | | | | | -10,294.02 | 0.00 |

| Account *******5880 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 10,319.00 | 2 | Adjustments Out | 25.86 |
| | 11 | Interest Postings | 0.88 | 1 | Transfers Out | 10,294.02 |
| | | Subtotal | $ 10,319.88 | | | |
| | | | | | Total | $ 10,319.88 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 10,319.88 | | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Ver: 16.06b

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-57253 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SUNARTO, HANNY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6287  Checking - Non Interest |
| Taxpayer ID No: | *******9651 | | | |
| For Period Ending: | 08/17/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 03/24/12 | | Transfer from Acct #*******5880 | Transfer In From MMA Account | | | | | 10,294.02 | 10,294.02 |
| 03/24/12 | 001001 | Brenda Porter Helms | trustee compensation | | | 1,781.96 | | | 8,512.06 |
| 03/24/12 | 001002 | Chase Bank USA N.A.<br>P.O. Box 15145<br>Wilmington DE 19850 | Final Distribution | | | 263.98 | | | 8,248.08 |
| * 03/24/12 | 001003 | Citibank NA<br>DBA<br>4740 121st St<br>Urbandale IA 50323 | Final Distribution | | | 43.69 | | | 8,204.39 |
| 03/24/12 | 001004 | US Bank NA<br>c/o chuhak & Tecson<br>30 S. Wacler Dr.  Suite 2600<br>Chicago IL 60606 | Final Distribution | | | 8,204.39 | | | 0.00 |
| * 06/25/12 | 001003 | Citibank NA<br>DBA<br>4740 121st St<br>Urbandale IA 50323 | Final Distribution | | | -43.69 | | | 43.69 |
| 06/25/12 | 001005 | United States Bankruptcy Court<br>IL | Final Distribution | | | 43.69 | | | 0.00 |

| Account *******6287 | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- |
| | 0 Deposits | 0.00 | | 6 Checks | 10,294.02 |
| | 0 Interest Postings | 0.00 | | 0 Adjustments Out | 0.00 |
| | | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 10,294.02 |
| | 0 Adjustments In | 0.00 | | | |
| | 1 Transfers In | 10,294.02 | | | |
| | Total | $ 10,294.02 | | | |

LFORM2XT

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 16.06b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-57253 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | SUNARTO, HANNY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6287 Checking - Non Interest |
| Taxpayer ID No: | *******9651 | | |
| For Period Ending: | 08/17/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | |
| --- | --- | --- | --- |
| Report Totals | Balance Forward | 0.00 | |
| | 1 Deposits | 10,319.00 | 6 Checks 10,294.02 |
| | 11 Interest Postings | 0.88 | 2 Adjustments Out 25.86 |
| | | | 1 Transfers Out 10,294.02 |
| | Subtotal | $ 10,319.88 | |
| | | | Total $ 20,613.90 |
| | 0 Adjustments In | 0.00 | |
| | 1 Transfers In | 10,294.02 | |
| | Total | $ 20,613.90 | Net Total Balance $ 0.00 |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 08/17/12

BRENDA PORTER HELMS, TRUSTEE